

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00542-CV

**TEXCO MEALS, LLC**; Francisco Pena, Jr., and Javier Perez,
Appellants

v.

**ACCION TEXAS, INC.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04503
Honorable Gloria Saldaña, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are assessed against Javier Perez.

SIGNED October 9, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice